AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **2:26-cv-02023**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Brian Natanov**
was recieved by me on  **3/08/2026:**

☐      I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒      I left the summons at the individual's residence or usual place of abode with **Elsie Doe**, a person of suitable age and discretion who resides at **47 Deepdale Dr, Great Neck, NY 11021**, on **03/09/2026 at 11:46 AM**, and mailed a copy to the individual's last known address; or

☐      I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐      I returned the summons unexecuted because ; or

☐      Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date:  03/09/2026

_____
*Server's signature*

**Terence Kelly**
*Printed name and title*

**107 Susan Cove**
**East Norwich, NY 11732**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, CIVIL COVER SHEET; COMPLAINT; SUMMONS,  to an individual who refused to give their name who identified themselves as the co-resident. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**





Tracking #: **0212510884**