Jeffrey Chubak
Amini LLC
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
jchubak@aminillc.com
Attorneys for Defendant Brian Natanov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FALLSVIEW AT BOONTON LLC<br>Plaintiff<br><br>v.<br>BOONTON CARE CENTER LLC,<br>USHER EGERT,<br>BRIAN NATANOV,<br>INTERNAL REVENUE SERVICE<br>Defendants | 2:26-cv-02023-MEF-MAH<br><br>**ORDER** |

This matter having come before the Court on motion of Jeffrey Chubak, Esq. of the law firm Amini LLC, attorneys for defendant Brian Natanov, for an order extending Mr. Natanov's time to answer, move or otherwise respond to the complaint, pursuant to FRCP 6(c) and Local Civil Rule 6.1; and the Court having considered the papers submitted with the motion; and this matter being decided under FRCP 78; and for good cause shown, it is hereby:

ORDERED that Mr. Natanov's motion is granted as set forth herein; and it is further

ORDERED that Mr. Natanov's time to answer, move or otherwise respond to the complaint is hereby extended through May 13, 2026.

Dated: 4/13, 2026

**SO ORDERED**

_s/Michael A. Hammer_
Michael A. Hammer, U.S.M.J.
Date: 4/13/26