BEATRIZ T. SAIZ
Trial Attorney
Tax Litigation Branch, Civil Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
(202) 307-6585 (v)
(202) 514-6866 (f)
Beatriz.T.Saiz@usdoj.gov
*Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FALLSVIEW AT BOONTON LLC, | ) |
|    Plaintiff, | ) |
| | ) |
| | ) Case No. 2:26-CV-02023 |
| v. | ) |
| | ) |
| BOONTON CARE CENTER LLC, | ) |
| USHER EGERT, BRIAN NATANOV, | ) |
| INTERNAL REVENUE SERVICE; | ) |
|    Defendants. | ) |

— — — — — — — — — — — — — — — — — — —

**APPLICATION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Application is hereby made, pursuant to Local Rule 6.1(b), for a Clerk's Order

extending the time within which the Internal Revenue Service may answer or otherwise

respond to the complaint. The Internal Revenue Service requests an extension of

fourteen (14) days, until May 26, 2026. It is represented as follows:

1. The Internal Revenue Service was served with the complaint on March 11,

   2026.

2. The time to answer or otherwise respond to the complaint is on May 11, 2026

3. The Internal Revenue Service has not previously sought an extension of time.

Dated: May 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

*/s/ Beatriz T. Saiz*
BEATRIZ T. SAIZ
Trial Attorney
Tax Litigation Branch, Civil Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044
Telephone (202) 307-6585
Beatriz.T.Saiz@usdoj.gov

ORDER

The above application is ORDERED GRANTED and the response to the

Complaint is extended until May 26, 2026.

ORDER DATED:_____

MELISSA E. RHOADS, Clerk

By:      _____
                Deputy Clerk

2

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 8th day of May, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice to all registered to receive it.

/s/*Beatriz T. Saiz*
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice

3