UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FALLSVIEW AT BOONTON LLC<br>Plaintiff<br>v.<br>BOONTON CARE CENTER LLC,<br>USHER EGERT,<br>BRIAN NATANOV,<br>INTERNAL REVENUE SERVICE<br>Defendants | 2:26-cv-02023-MEF-MAH<br><br>**DEFENDANT BRIAN NATANOV'S MOTION TO DISMISS** |

PLEASE TAKE NOTICE upon the brief in support as well as the Certification of Jeffrey Chubak and the exhibit thereto, defendant Brian Natanov will move to dismiss the complaint as against him with prejudice, under FRCP 12(b)(1) and (b)(6), on June 15, 2026, at 9:00 a.m. or as soon thereafter as the matter may be heard, at the Martin Luther King Building and United States Courthouse, 50 Walnut Street, Courtroom #4 (Hon. Michael E. Farbiarz), Newark, NJ 071011. Opposition papers must be filed by June 1, 2026.

Dated: New York, New York
May 21, 2026

Amini LLC

/s/ Jeffrey Chubak
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
jchubak@aminillc.com
Attorneys for Defendant Brian Natanov