UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FALLSVIEW AT BOONTON LLC<br>Plaintiff<br>v.<br>BOONTON CARE CENTER LLC,<br>USHER EGERT,<br>BRIAN NATANOV,<br>INTERNAL REVENUE SERVICE<br>Defendants | 2:26-cv-02023-MEF-MAH<br><br>Return Date: June 15, 2026<br><br>**CERTIFICATION OF JEFFREY CHUBAK IN SUPPORT** |

JEFFREY CHUBAK hereby certifies:

1. I am a member of Amini LLC, counsel for defendant Brian Natanov and submit this certification in support of his motion to dismiss.

2. Attached as Exhibit 1 is a true copy of the Skilled Nursing Facility Management Agreement dated October 8, 2021, referenced in the Complaint.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed this 21st day of May, 2026.

/s/ Jeffrey Chubak