BEATRIZ T. SAIZ
Trial Attorney
Tax Litigation Branch, Civil Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
(202) 307-6585 (v)
(202) 514-6866 (f)
Beatriz.T.Saiz@usdoj.gov
*Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FALLSVIEW AT BOONTON LLC,<br>Plaintiff, | ) |
| | ) Case No. 2:26-CV-02023 |
| v. | ) |
| | ) UNITED STATES' NOTICE OF<br>) MOTION TO DISMISS |
| BOONTON CARE CENTER LLC,<br>USHER EGERT, BRIAN NATANOV,<br>INTERNAL REVENUE SERVICE;<br>Defendants. | ) |

PLEASE TAKE NOTICE that Defendant United States of America will move to dismiss Plaintiff's complaint against the Government under Fed. R. Civ. P. 12(b)(1) on July 6, 2026 or as soon thereafter as the matter may be heard, at the Martin Luther King Building and U.S. Courthouse at 50 Walnut Street, Courtroom #4, Newark, New Jersey 07101. Oral argument is not requested.

Dated: June 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

*/s/ Beatriz T. Saiz*
BEATRIZ T. SAIZ
Trial Attorney
Tax Litigation Branch, Civil Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044
Telephone (202) 307-6585
Beatriz.T.Saiz@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 2nd day of June, 2026, I electronically filed the United States' Notice of Motion to Dismiss, Brief in Support, and proposed Order with the Clerk of Court using the CM/ECF system, which will send notice to all registered to receive it.

/s/*Beatriz T. Saiz*
BEATRIZ T. SAIZ
Trial Attorney