UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Fallsview at Boonton LLC,

     Plaintiff,

     v.

Boonton Care Center LLC, Usher Egert,
Brian Natanov, and Internal Revenue
Service,

     Defendants.

Civil No.: 2:26-cv-02023

## ORDER

THIS MATTER having come before the Court on by way of a Stipulation to Move Defendant Brian Natanov's Motion to Dismiss, and in consideration of that Stipulation and for good cause shown, it is hereby **ORDERED** that Natanov's Motion to Dismiss is returnable on July 6, 2026. Plaintiff's deadline to respond to Natanov's Motion to Dismiss is on or before June 22, 2026, and Natanov's reply, if any, is due on or before June 29, 2026.

BY THE COURT:

**SO ORDERED**

*s/Michael A. Hammer*

Michael A. Hammer, U.S.M.J.

Date: 6/5/26

4513204.1