UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FALLSVIEW AT BOONTON LLC,<br><br>Plaintiff,<br><br>v.<br><br>BOONTON CARE CENTER LLC, USHER EGERT, BRIAN NATANOV, and INTERNAL REVENUE SERVICE,<br><br>Defendants. | 26-cv-02023-MEF-MAH<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS AGAINST DEFENDANT USHER EGERT** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Fallsview at Boonton LLC and Defendant Usher Egert, by and through their undersigned counsel, hereby stipulate and agree that this action shall be, and hereby is, dismissed without prejudice as against Defendant Usher Egert.

Dated: June 22, 2026

SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.

By: */s/ Jeffrey P. Resnick*
Jeffrey P. Resnick, Esquire
308 Harper Drive
East Gate Corporate Center, Suite 200
Moorestown, NJ 08057
jresnick@shermansilverstein.com
Attorneys for Plaintiff
*Fallsview at Boonton LLC*

WASSERMAN LITTLE LLC

By: ____________________
Jeffrey I. Wasserman
300 Witherspoon Street, Suite 201
Princeton, New Jersey 08542
(973) 486-4801
jwasserman@wassermanlittle.com
Attorneys for Defendant,
*Usher Egert*