**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FALLSVIEW AT BOONTON LLC<br>Plaintiffs,<br><br>v.<br><br>BOONTON CARE CENTER LLC et al<br>Defendants. | Case No. **2:26-cv-02023-MEF**<br><br>**RECUSAL ORDER** |

**ALEX D. SILAGI , United States Magistrate Judge**

**THIS MATTER** having been raised by the Court on its own motion; it further appearing that the Undersigned should recuse himself; and good cause appearing;

**IT IS on this 2nd day of October, 2026,**

**ORDERED** that I hereby recuse myself from all further proceedings in this matter; all pretrial proceedings will be handled by the Honorable James B. Clark, U.S.M.J.

***s/ Alex D. Silagi***
Hon. Alex D. Silagi
United States Magistrate Judge

Original: Clerk

cc: Hon. Michael E. Farbiarz, U.S.D.J.

Hon. James B. Clark, U.S.M.J.

File