**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 776-7700**


CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT ST. ROOM 2060
NEWARK, NJ 07102


October 5, 2026

**LETTER ORDER**

**Re: Fallsview at Boonton, LLC v. Boonton Care Center, LLC, et al.**
**Civil Action No. 26-2023 (MEF)**

Dear Counsel,

The Court will conduct an initial telephonic conference with the parties in this matter on **October 14, 2026 at 10:30 AM**. Plaintiff shall provide the Court and opposing counsel with dial-in information via email (**jbc_orders@njd.uscourts.gov**).

**IT IS SO ORDERED.**

s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**