UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FALLSVIEW AT BOONTON LLC<br>Plaintiff<br>v.<br>BOONTON CARE CENTER LLC,<br>USHER EGERT,<br>BRIAN NATANOV,<br>INTERNAL REVENUE SERVICE<br>Defendants | 2:26-cv-02023-MEF-MAH |

**DEFENDANT BRIAN NATANOV'S MOTION TO DISMISS AMENDED COMPLAINT**

PLEASE TAKE NOTICE that upon the supplemental brief in support of defendant Brian Natanov's motion to dismiss the amended complaint, and upon the brief (ECF #17) and reply brief (ECF #28) in support of his motion to dismiss (ECF #15) the initial complaint and the certification of Jeffrey Chubak in support (ECF #16) and Skilled Nursing Facility Management Agreement attached thereto as Exhibit 1 (ECF #16-1), defendant Brian Natanov will move to dismiss the amended complaint (ECF #34) as against him with prejudice, pursuant to FRCP 12(b)(1) and (b)(6), on December 7, 2026, at 9:00 a.m. or as soon thereafter as the matter may be heard, at the Martin Luther King Building and United States Courthouse, 50 Walnut Street, Courtroom #4 (Hon. Michael E. Farbiarz), Newark, NJ 071011. Opposition papers must be filed by November 23, 2026.

Dated: New York, New York
November 12, 2026

Amini LLC

/s/ Jeffrey Chubak

Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
jchubak@aminillc.com
Attorneys for Defendant Brian Natanov